JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>YONGO AMERICA, INC.,<br>MEHERUN SARWAR, INC.,<br><br>Defendants. | Case No. 2:20-CV-10593-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 23, 2020      _____
                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE

1.